# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2881

_____

United States of America,      *
    *
        Appellee,     *
    *    Appeal from the United States
     v.     *    District Court for the Eastern
    *    District of Missouri.
Carlton Bass,     *
    *    [UNPUBLISHED]
       Appellant.     *

_____

Submitted: October 6, 2009
Filed: October 7, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Carlton Bass appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 36 motion to correct a "clerical error" in the October 1998 judgment in his criminal case. We agree with the district court that the type of error Bass alleged was not a clerical error, see United States v. Yakle, 463 F.3d 810, 811 (8th Cir. 2006) (per curiam), and we affirm, see 8th Cir. R. 47B.

_____

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.